# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --               )
                                   )

Munilla Construction Management, LLC  )     ASBCA Nos. 60499, 60726, 60909
                                   )

Under Contract No. W912EP-13-C-0008  )

APPEARANCES FOR THE APPELLANT:     Karl Dix, Jr., Esq.
                                        Garrett E. Miller, Esq.
                                          Smith, Currie & Hancock LLP
                                          Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                        Engineer Chief Trial Attorney
                                        Joshua R. Holmes, Esq.
                                        Engineer Trial Attorney
                                        U.S. Army Engineer District, Jacksonville

## ORDER OF DISMISSAL

The disputes which are the subject of these appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlements are not consummated. Any request to reinstate the subject appeals must be filed within 120 days of the date of this Order.

Dated: 19 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60499, 60726, 60909, Appeals of Munilla Construction Management, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals